IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LUIS BORRERO-RODRIGUEZ<br>a/k/a Pelón<br>**2) DOMINGO TORRES-TORRES**<br>a/k/a Papo Pelón<br>30 NORMA BORRERO-DEYNES<br>a/k/a Yiyi<br>4) ZULMA TORRES-ORTIZ<br>5) ENRIQUE TORRUELLA-TORRES<br>a/k/a Kike<br>Defendants | CRIMINAL 06-0350CCC |

## O R D E R

Having considered the Motion to Suppress Audio Tapes Under <u>United States v. Carbone</u> filed by defendant Domingo Torres-Torres on February 5, 2007 (docket entry 48), the United States' response filed on February 14, 2007 (docket entry 56), and the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin on March 2, 2007 (docket entry 63), to which no objections have been filed, said Report and Recommendation is APPROVED and ADOPTED and the Motion to Suppress Audio Tapes is DENIED. The Court expressly notes, after listening to both tapes (N-40 and N-41), that everything that was said by the speakers was perfectly audible to the undersigned in both tapes.

The United States' Motion to Seal (docket entry 58) is GRANTED. The United States' Motion in Compliance With U.S. Magistrate-Judge's Order (docket entry 59) is NOTED.

SO ORDERED.

At San Juan, Puerto Rico, on June 4, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge